UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11715
BRIAN S CHURCH
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
SSN XXX-XX-0988


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/30/07 and confirmed on 10/26/07.

     2.   The case was dismissed after confirmation, 01/09/2009.

     3.   The Debtor paid a total of $   7840.00 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 9047.71 | .00 | 7427.40 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 321.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1795.02 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | 751.01 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 10590.89 | .00 | .00 |
| PEOPLES GAS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1592.21 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1279.45 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9047.71 | .00 | 16329.94 | .00 | 25377.65 |
| PRINCIPAL PAID | 7427.40 | .00 | .00 | .00 | 7427.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7427.40 | .00 | .00 | .00 | 7427.40 |

The Debtor's attorney, DEVONA & ASSOC                  , was allowed $      .00
and was paid $      .00 .

The Trustee received $   412.60 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/11/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE












                              PAGE   2
        CASE NO. 07 B 11715 BRIAN S CHURCH